**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **YOEL SANCHEZ JEREZ,** <br>         **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, ET AL.,** <br>         **Respondents.** | **NO.  26CV5619** |

**O R D E R**

**AND NOW**, this 12th day of August, 2026, in light of the Government's Notice of

Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

                **BY THE COURT:**


                **S/ WENDY BEETLESTONE**

                **WENDY BEETLESTONE, C.J.**